237 So.2d 400

STATE of Louisiana ex rel.
Robert GASTON

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 50718.

July 9, 1970.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

237 So.2d 400

STATE of Louisiana ex rel.
J. E. SAVANT

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50726.

July 9, 1970.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.